■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NARAINEDAT BALJIT, Appellant. [17 NYS3d 873]—Judgment, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), rendered June 20, 2014, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of two to four years, unanimously affirmed.

Defendant's arguments are entirely unpreserved, and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal. Pursuant to CPL 200.60, defendant was properly arraigned on a special information alleging a prior conviction that was an element of the charge. The prosecutor's opening statement was not inflammatory or unduly prejudicial. Evidence that defendant was driving with a suspended license was properly admitted to complete the narrative and explain why the police arrested and searched

defendant (*see e.g. People v Tosca*, 98 NY2d 660 [2002]). Concur—Sweeny, J.P., Renwick, Saxe and Gische, JJ.